DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH HICKEY,**
Appellant,

v.

**KENNETH JERKINS,**
Appellee.

No. 4D18-1404

[January 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502015CA008600XXXXMB AO.

Kent Huffman of Hutchinson & Huffman, P.A., West Palm Beach, and Jon L. Brunenkant of Brunenkant & Associates, PLLC, Maryland, for appellant.

Kara Berard Rockenbach and Daniel M. Schwarz of Link & Rockenbach, P.A., West Palm Beach, and Philip L. Valente of Valente Law Firm, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***